FILED

NOT FOR PUBLICATION

DEC 1 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50106 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-00326-ABC |
| v. | |
| JOSE ALBERTO HERNANDEZ RIVEROS, a.k.a. Jose Hernandez, a.k.a. Jose Alberto Hernandez, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Audrey B. Collins, District Judge, Presiding

Submitted November 18, 2014**

Before:     LEAVY, FISHER, and N.R. SMITH, Circuit Judges.

Jose Alberto Hernandez Riveros appeals from the district court's judgment

and challenges his guilty-plea conviction and 41-month sentence for being an

illegal alien found in the United States following deportation, in violation of 8

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Hernandez Riveros's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Hernandez Riveros the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Hernandez Riveros waived his right to appeal his conviction, with the exception of an appeal based on a claim that his plea was involuntary.  He also waived the right to appeal his sentence, with the exception of the court's calculation of his criminal history category.  Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Hernandez Riveros's plea or the criminal history category calculated by the court.  We therefore affirm as to those issues.  We dismiss the remainder of the appeal in light of the valid appeal waivers.  *See United States v. Watson*, 582 F.3d 974, 988 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**

14-50106